UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | : | |
| | : | C.A. No. 08-103 ML |
| v. | : | |
| SHAW CONSTRUCTION CO., LUCILLE B. PAGLIA, DIANE PAGLIA, MELISSA PAGLIA AND ANTHONY D. PAGLIA | : | |

ANSWER

Defendants hereby answer Plaintiff's Complaint as follows.

Parties

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 1 and therefore, are denied.
2. Denied.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.

Jurisdiction

7. This paragraph states a legal conclusion to which no response is required. To the extent that a response is required, Defendants do not object to venue or jurisdiction.
8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 8 and therefore, they are denied.
9. Denied.
10. Admitted that Lucille, Diane, Melissa, and Anthony Paglia are parties to a General Indemnity Agreement ("GIA") and that a true and accurate copy is attached. Defendants further state that the GIA speaks for itself. To the extent that any further response is required, Denied as to the remaining allegations in paragraph 10.

11. Defendants state that the GIA speaks for itself. To the extent that any further response is required, Denied.
12. Admitted that Plaintiff issued payment and performance bonds. Defendants deny the remaining allegations contained in paragraph 12.
13. Denied.
14. Denied.
15. Defendants are without knowledge or information sufficient to form a belief as to Plaintiff's expectations. The terms of the GIA speak for themselves. To the extent any further response is required, denied.
16. Defendants state that the GIA speaks for itself. To the extent that any further response is required, Denied.
17. Denied.

Count I – Indemnity

18. Defendants repeat and incorporate their answers to paragraphs 1-17 as if set forth in full herein.
19. Denied.
20. Defendants state that the GIA speaks for itself. To the extent that any further response is required, Denied.
21. Denied.

Count II – Common Law Indemnity

22. Defendants repeat and incorporate their answers to paragraphs 1-21 as if set forth in full herein.
23. Denied.
24. Denied.

Count III – Breach of Contract

25. Defendants repeat and incorporate their answers to paragraphs 1-24 as if set forth in full herein.
26. Denied.
27. Denied.
28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 28 and therefore, they are denied.

Count IV – Specific Performance

29. Defendants repeat and incorporate their answers to paragraphs 1-28 as if set forth in full herein.
30. Defendants state that the GIA speaks for itself. To the extent that any further response is required, Denied.
31. Denied.

Count V – Quia Timet/Exoneration

32. Defendants repeat and incorporate their answers to paragraphs 1-31 as if set forth in full herein.
33. Denied.
34. Denied.
35. Denied.

First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

Second Affirmative Defense

Defendants plead laches as an affirmative defense.

Third Affirmative Defense

Plaintiff has failed to mitigate damages.

Fourth Affirmative Defense

Defendants plead breach of contract as an affirmative defense.

Fifth Affirmative Defense

Defendants plead estoppel as an affirmative defense.

Sixth Affirmative Defense

Defendants plead waiver as an affirmative defense.

Seventh Affirmative Defense

Any loss incurred by plaintiff was caused by its own acts and omissions.

Eighth Affirmative Defense

Plaintiffs claims are barred by its own bad faith.

Ninth Affirmative Defense

Defendants plead statute of limitations as an affirmative defense.

Tenth Affirmative Defense

Defendants plead unclean hands as an affirmative defense.

WHEREFORE, Defendants demand that Plaintiff's Complaint be dismissed, and that Defendants be awarded costs and reasonable attorney's fees related thereto.

Defendants,
By their Attorneys,

/s/ Roger N. LeBoeuf

Thomas W. Heald, Reg. #1694
Roger N. LeBoeuf, Reg. #5208
Michael A. Gauvin, Reg. #7661
HEALD & LEBOEUF, LTD.
One Turks Head Place
76 Westminster Street
Providence, RI 02903
Tel: (401) 421-1500
Fax: (401) 331-5886
Email: twh@healdandleboeuf.com
rnl@healdandleboeuf.com
mag@healdandleboeuf.com

Dated: May 23, 2008