UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAW CONSTRUCTION CO., LUCILLE B. PAGLIA, DIANE PAGLIA, MELISSA PAGLIA AND ANTHONY D. PAGLIA,<br><br>Defendants. | CIVIL ACTION NO. 1:08-cv-00103 |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**

Pursuant to Fed. R. Civ. P 7.1(a), Plaintiff Travelers Casualty & Surety Company of America states the following:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Respectfully submitted,

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

By Its Attorneys,

*/s/ CharCretia V. Di Bartolo*
CharCretia V. Di Bartolo, Bar I.D. #5862
Ranen S. Schechner, Bar I.D. #6943
HINSHAW & CULBERTSON LLP
155 South Main Street
Suite 304
Providence, RI 02903
401-751-0842
401-273-8543 (facsimile)

Date: June 3, 2008

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 3, 2008.

*/s/ CharCretia V. Di Bartolo*
CharCretia V. Di Bartolo